SHIRVELL V DEPARTMENT OF THE ATTORNEY GENERAL; Nos. 151071 and 151072; reported below: 308 Mich App 702.